UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS CO., LTD.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FRY'S ELECTRONICS, INC.<br><br>　　　Defendant. | CIVIL ACTION NO. 18-cv-00386 |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to P.R. 4-3 and the Third Amended Docket Control Order (Dkt. 38), the parties hereby submit their Joint Claim Construction and Prehearing Statement.

## (a)(1) Agreed Claim Constructions

The parties' agree on the following claim constructions:

| No. | Claim Term / Phrase / Clause | Agreed Construction |
|---|---|---|
| 1. | "quantum dot layer"<br>(U.S. Pat. No. 6,942,731, asserted claims 1 and 9) | "layer containing nanoscale islands of semiconductor material that are small enough to exhibit quantum mechanical properties" |
| 2. | "interrupting growth"<br>(U.S. Pat. No. 6,942,731, asserted claims 1 and 9) | "pausing between semiconductor growth steps" |
| 3. | "coherent quantum dots"<br>(U.S. Pat. No. 6,942,731, asserted claims 1 and 9) | "nanoscale islands of semiconductor material that are relatively free of defects and small enough to exhibit quantum mechanical properties" |

| No. | Claim Term / Phrase / Clause | Agreed Construction |
|---|---|---|
| 4. | "sequentially forming an N-type semiconductor layer, active layer, and P-type semiconductor layer on a substrate"<br><br>(U.S. Pat. No. 7,951,626, asserted claim 9) | "an N-type semiconductor layer on a substrate, an active layer, and a P-type semiconductor layer are deposited in that order on a substrate" |
| 5. | "lead frame"<br><br>(U.S. Pat. No. 8,829,552, asserted claims 1, 3, 8, and 12) | "one or more metallic structures used for mounting an LED chip and for connecting the LED chip to apply external power" |
| 6. | "a reflection pattern"<br><br>(U.S. Pat. No. 9,530,939, asserted claims 1, 2, and 3) | "a pattern configured to reflect light generated in the active layer" |
| 7. | "a phosphor member"<br><br>(U.S. Pat. No. 9,577,157, asserted claims 1, 4, 10, and 11) | "a structural element comprising or containing phosphor" |
| 8. | "a multi-quantum well structure"<br><br>(U.S. Pat. No. 9,716,210, asserted claims 1, 3, 4, 9, and 14) | "an active region comprised of multiple light emitting layers separated by barrier layers" |
| 9. | "a barrier layer"<br><br>(U.S. Pat. No. 9,716,210, asserted claims 1, 3, 4, 9, and 14) | "a layer having a wider bandgap than an adjacent quantum well layer" |
| 10. | "an electron blocking layer"<br><br>(U.S. Pat. No. 9,799,800, asserted claims 1, 3, and 5) | "a layer that impedes the direct flow of electrons from the p-type semiconductor layer to the active layer" |

**(a)(2) Disputed Claim Constructions**

There are no disputed claim terms, phrases, or clauses that require construction.

**(a)(3)-(a)(4) Claim Construction Hearing and Witness Testimony**

The parties do not believe a claim construction hearing is necessary and respectfully request that the Court cancel the hearing set for June 26, 2019 before Magistrate Judge Payne.

**(a)(5) Other Issues**

None.

Dated: May 15, 2019

Respectfully submitted,

*/s/ Michael B. Eisenberg*
Michael B. Eisenberg (Lead Counsel)
(admitted pro hac vice)
New York Bar No. 3980430
Email: michael.eisenberg@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3529
Facsimile: (212) 385-9010

Robert S. Hill
Texas Bar No. 24050764
Email: robert.hill@hklaw.com
Sara A. Schretenthaler
Texas Bar No. 24088368
Email: sara.schretenthaler@hklaw.com
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201
Telephone: (214) 964-9500
Facsimile: (214) 964-9501

ATTORNEYS FOR PLAINTIFFS

*/s/ Geoffrey M. Godfrey*
Geoffrey M. Godfrey
State Bar No. 46876 (WA)
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8742
godfrey.geoff@dorsey.com

Clinton Lee Conner
State Bar No. 0396192 (MN)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
conner.clint@dorsey.com

Rachael D. Lamkin
State Bar No. 246066 (CA)

>LAMKIN IP DEFENSE
>655 Montgomery Street, 7th Floor
>San Francisco, CA 94111
>(916) 747-6091
>RDL@LamkinIPDefense.com
>
>Michael C. Smith
>State Bar No. 18650410 (TX)
>Siebman, Forrest, Burg & Smith, LLP
>113 E. Austin Street
>Marshall, Texas 75670
>(903) 938-8900
>michaelsmith@siebman.com
>
>COUNSEL FOR DEFENDANT
>FRY'S ELECTRONICS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 15, 2019.  Any other counsel of record will be served by facsimile transmission and/or first-class mail.

>*/s/ Michael B. Eisenberg*
>Michael B. Eisenberg