# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. and SEOUL VIOSYS CO., LTD., | § § § | |
| Plaintiffs, | § | Case No. 2:18-cv-00386-JRG |
| | § | |
| v. | § | |
| | § | |
| FRY'S ELECTRONICS, INC., | § § | |
| Defendant. | § | |

## ORDER

The Parties submitted a Joint Claim Construction and Prehearing Statement, which agreed on each of the disputed terms and requested that the claim construction hearing be terminated. (Dkt. No. 42.) In light of this, the Court terminates the Claim Construction Hearing set for June 26, 2019.

**SIGNED this 16th day of May, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE