**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD. § <br> and SEOUL VIOSYS CO., LTD. § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> FRY'S ELECTRONICS, INC. § <br> § <br> Defendant. § | CIVIL ACTION NO. 18-cv-00386 |

**JOINT MOTION REQUESTING AMENDMENT OF**
**ORDER APPOINTING MEDIATOR**

The Parties, Plaintiffs Seoul Semiconductor Co., Ltd. and Seoul Viosy Co., Ltd. (collectively, "Plaintiffs") and Defendant Fry's Electronics, Inc. ("Fry's"), hereby respectfully request that the Court amended its Order appointing the Honorable Jeff Kaplan as mediator [Dkt. No. 18]. The parties have agreed to mediate before Mark LeHocky of ADR Services, Inc., located at 100 First Street, 27th Floor, San Francisco, CA 94105 on Friday July 12, 2019. This location is more geographically convenient for the corporate representatives and participants. In light of this agreement, the Parties respectfully request that the Court order Mark LeHocky to serve as mediator for this case, amending the Court's prior order.

If the Court amends its Order, the Parties will comply with the Court's Standing Order Regarding Participation of Local Counsel in Mediation Efforts and the Court's Court-Annexed Mediation Plan.

DATED:  June 13, 2019                                  Respectfully submitted,

/s/ *Michael B. Eisenberg*  
Michael B. Eisenberg (Lead Counsel)  
(admitted *pro hac vice*)  
New York Bar No. 3980430  
michael.eisenberg@hklaw.com  
HOLLAND & KNIGHT LLP  
31 West 52nd Street  
New York, New York  10019  
Telephone:  (212) 513-3529  
Facsimile:   (212) 385-9010  

Robert S. Hill  
Texas Bar No. 24050764  
robert.hill@hklaw.com  
Sara A. Schretenthaler  
Texas Bar No. 24088368  
sara.schretenthaler@hklaw.com  
HOLLAND & KNIGHT LLP  
200 Crescent Court, Suite 1600  
Dallas, TX  75201  
Telephone:  (214) 964-9500  
Facsimile:  (214) 964-9501  

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Rachael D. Lamkin*  
Rachael D. Lamkin  
LAMKIN IP DEFENSE  
655 Montgomery Street, 7th Floor  
San Francisco, CA  94111  
Telephone:  (916) 747-6091  
RDL@LamkinIPDefense.com  

Michael C. Smith  
Texas State Bar No. 18650410  
SIEBMAN, FORREST, BURG & SMITH LLP  
113 E. Austin Street  
Marshall, TX  75670  
Telephone:  (903) 938-8900  
michaelsmith@siebman.com  

Clinton Lee Conner  
DORSEY & WHITNEY LLP  
50 South Sixty St., Suite 1500  
Minneapolis, MN  55402  
Telephone:  (612) 340-2600  
conner.clint@dorsey.com  

Geoffrey Mark Godfrey  
DORSEY & WHITNEY LLP  
701 Fifth Avenue, Suite 6100  
Seattle, WA  98104-7043  
Telephone:  (206) 903-8800  
godfrey.geoff@dorsey.com  

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). The forgoing document was served on all counsel and/or pro se parties of record electronically or by another manner authorized by Fed. R. Civ. P. 5(d).

                                        /s/ *Michael B. Eisenberg*
                                        *Michael B. Eisenberg*